1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  LEONARD TOBIA,                      No.  2:18-cv-00868-TLN-CKD

12              Plaintiff,

13       v.                            **ORDER**

14  BURLINGTON COAT FACTORY OF
    TEXAS, INC., and THOMAS A.
15  KINGSBURY,

16              Defendants.

17

18       Each of the parties in the above-captioned case has filed a

19  "Consent to Proceed Before a United States Magistrate." See 28

20  U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the

21  district court judge assigned to the case and the magistrate

22  judge must approve the reference to the magistrate judge.

23       The undersigned has reviewed the file herein and recommends

24  that the above-captioned case be assigned and referred to the

25  magistrate judge for all further proceedings and entry of final

26  judgment.

27       IT IS HEREBY ORDERED that the Clerk of the Court reassign

28  this case to the Honorable Carolyn K. Delaney, Magistrate Judge.

1  The parties shall take note that all documents hereafter filed

2  with the Clerk of the Court shall bear case number 2:18-cv-00868-

3  CKD.  All currently scheduled dates presently set before Judge

4  Nunley are hereby VACATED.

5          Dated: May 25, 2018

6

7

8  _____
   Troy L. Nunley

9  United States District Judge

10

11

       Having also reviewed the file, I accept reference of this
12
   case for all further proceedings and entry of final judgment.
13
          Dated:  May 31, 2018
14
   _____
15  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28