# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**LEONARD TOBIA,**

                                                     CASE NO: **2:18−CV−00868−CKD**

                 v.

**BURLINGTON COAT FACTORY OF TEXAS INC., ET AL.,**

___

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/16/2018**

                                                      **Marianne Matherly**
                                                      Clerk of Court

ENTERED: **October 16, 2018**

                                        by:  /s/  L. Reader
                                                   Deputy Clerk